IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAMIAN M. ZIPF,<br>individually and on behalf of all others<br>similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NORTHWEST BANCORP, INC., d/b/a<br>NORTHWEST SAVINGS BANK,<br><br>Defendant. | Case No. 2:14-cv-209-CRE<br><br>FILED ELECTRONICALLY |

## STIPULATION OF DISMISSAL

Plaintiff Damian M. Zipf ("Plaintiff"), and Defendant Northwest Bancorp, Inc. d/b/a Northwest Savings Bank, by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A) and Fed. R. Civ. P. 23(e), hereby stipulate to the dismissal of this action, with prejudice as to Plaintiff's individual claims, and without prejudice as to the claims of any alleged class members. No motion for class certification has been filed and no class has been certified in this action. Accordingly, class notice and Court approval of the settlement are not required under Fed R. Civ. P. 23(e).

In accordance with the terms of this Stipulation and their Settlement Agreement, the parties request that the Court dismiss with prejudice Plaintiff's individual claims and dismiss without prejudice the claims of any alleged class members, and retain jurisdiction to interpret and enforce the terms of this Stipulation and the Settlement Agreement entered into by the parties.

| | |
|---|---|
| By: **CARLSON LYNCH LTD** | By: **BUCHANAN INGERSOLL & ROONEY PC** |
| /s/ R. Bruce Carlson<br>R. Bruce Carlson<br>bcarlson@carlsonlynch.com<br>PNC Park<br>115 Federal Street – Suite 210<br>Pittsburgh, PA  15212<br>Telephone:  412-322-9243<br>Facsimile:   412-231-0246<br><br>*Attorneys for Plaintiff*<br>*Damian M. Zipf* | /s/ Brian H. Simmons<br>Brian H. Simmons<br>Brian.simmons@bipc.com<br>20th Floor, One Oxford Centre<br>Pittsburgh, PA 15219<br>Telephone: 412-392-2048<br>Fax:  412-562-1041<br><br>*Attorneys for Defendant*<br>*Northwest Bancorp, Inc. d/b/a Northwest Savings Bank* |

**IT IS SO ORDERED:**

_Cynthia R Eddy_, J.

Dated: 8/13/14